#3

15867/0140
related case 2:20-cv-376

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TODD ROBINSON

vs.

2:22-CV-1223

ORLANDO HARPER

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Todd Robinson, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: $0

2. If you received within the past twelve months any money form any source, explain, and state The amount: Gifts

3. State the amount of money you have in a checking, savings, or prison account: $78.93

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own: None

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support: $0

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS 18 DAY OF August, 2022.

*Todd Robinson*
Plaintiff's signature

FILED
AUG 25 2022