FILED

AUG 25 2022

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Todd Robinson  Plaintiff,

v.  Civil Action No. 2:22-CV-1223

Orlando Harper  Defendant.

**AUTHORIZATION
TO BE COMPLETED BY PRISONER
WHO SEEKS LEAVE TO PROCEED IN FORMA PAUPERIS**

I, Todd Robinson (name), hereby authorize the custodian of my inmate account, upon order of a judge of the United States District Court of the Western District of Pennsylvania, to

(1) withdraw from my account and pay to the Clerk, United States District Court for the Western District of Pennsylvania, the initial partial filing fee (20% of the greater of the average monthly deposits to my account for the past six months, or the average monthly balance in my account for the past six months) and

(2) if there remains any unpaid fee due and owing to the court, thereafter to set aside and accrue/freeze on a monthly basis twenty percent (20%) of the preceding month's deposits credited to my account and

(3) each time the amount in my account exceeds $10.00 to forward to the Clerk the amounts accrued/frozen until the filing fee in the amount of $350 has been paid in full.

Todd Robinson                                 August 18, 2022
PLAINTIFF'S SIGNATURE                         DATE