IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
CRIMINAL DIVISION

COMMONWEALTH OF PENNSYLVANIA     CRIMINAL DIVISION

v.

TODD ROBINSON     NO. CP-02-CR-0008906-2017

### ORDER OF COURT

AND NOW, this _____ day of _____, 2021, upon consideration of the foregoing Omnibus Pretrial Motion, the following is hereby ORDERED, ADJUDGED and DECREED:

    I.     Motion for Suppression of arrest warrant for charge of aggravated assault

Granted     Denied     Withdrawn

    II.     Petition for Writ of Habeas Corpus

Granted     Denied     Withdrawn

    III.     Motion to Dismiss

Granted     Denied     Withdrawn

    IV.     Motion for Discovery

Granted     Denied     Withdrawn

    III.     Motion to Reconsider

Granted     Denied     Withdrawn

BY THE COURT

_____, J.

PROOF OF SERVICE

I hereby certify that I am this day serving one (1) copy of the within Supplemental Omnibus Pre-Trial Motion the manner indicated below:

E-Mail and PAC filing Service:

Assistant District Attorney Todd Williams
Office of the District Attorney
401 County Courthouse
Pittsburgh, PA 15219

Honorable Randal B. Todd
513 County Courthouse
Pittsburgh, PA 15219

First Class Mail:
Todd A. Robinson #53930
Allegheny County Jail
950 2nd Avenue
Pittsburgh, PA 15219

/s/ Thomas N. Farrell
THOMAS N. FARRELL
ATTORNEY FOR THE DEFENDANT
PA I.D. NO. 61969

Farrell & Associates
100 Ross Street, Suite 1
Pittsburgh, PA 15219
(412) 201-5159

Dated: November 18, 2021

Todd Robinson
DOC# 53930
950 Second Avenue
Pittsburgh, PA  15219

AOPC 1013  Rev.08/11/2021



## Superior Court of Pennsylvania

Joseph D. Seletyn, Esq.
Prothonotary
Bobbi Jo Wagner, Esq.
Deputy Prothonotary

Western District

310 Grant Street, Suite 600
Pittsburgh, PA 15219-2297
(412) 565-7592
www.pacourts.us/courts/superior-court

August 11, 2021

RE:   Com of PA v. Robinson, T.
　　　No. 56 WDM 2021
　　　Trial Court Docket No: CC. 2017-08906

Dear Attorney Farrell

　　Enclosed please find a copy of an order dated August 11, 2021 entered in the above-captioned matter.

Very truly yours,

Bobbi Jo Wagner, Esq.
Deputy Prothonotary

/st
Enclosure
cc:   Todd Robinson
　　　Michael Wayne Streily, Esq.

Filed 08/11/2021

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : IN THE SUPERIOR COURT OF<br>:     PENNSYLVANIA |
| v. | : Allegheny County Criminal<br>: Division<br>: CC. 2017-08906 |
| TODD ROBINSON | : |
| Petitioner | : |
| | : No. 56 WDM 2021 |

## ORDER

Upon consideration of Petitioner Robinson's *pro se* "Motion for Special Relief," docketed in this Court on August 4, 2021, the following is now **ORDERED**:

As a review of the trial court docket reflects that Petitioner is presently awaiting trial and is represented by Thomas Farrell, Esquire, the Prothonotary of this Court is **DIRECTED** to enter Attorney Farrell's appearance in this Court on this matter and forward the instant application to counsel pursuant to ***Commonwealth v. Jette***, 23 A.2d 1032 (Pa. 2011).

PER CURIAM