FORM 5 CRIMINAL DIVISION (REV 7/13)

066

# IN THE COURT OF COMMON PLEAS OF ALLEGHENY COUNTY, PENNSYLVANIA
## CRIMINAL DIVISION

## MOTION FOR CONTINUANCE

☐ COMMONWEALTH    (CHECK ONE)    ☒ DEFENSE

COMMONWEALTH OF PENNSYLVANIA VS.   CP-02-CR-_____ 20____

____Todd Robinson____    CHARGES: AR, Fleeing eluding, etc
JAIL (circled) OR BAIL (CIRCLE ONE)

APPEARANCE FOR DEFENDANT:
____Patrick Sweeney____, ESQ

PREVIOUS CONTINUANCES:
DATE          MOVANT

CO-DEFENDANTS AND CORRESPONDING CRIMINAL RECORD#

CR# _____
CR# _____
CR# _____

CURRENTLY LISTED FOR TRIAL: August 20, 20 18

DATE COMPLAINT FILED: _____ 20____   PRESENT FINAL TRIAL DATE: _____ 20____

AND NOW, __August 17__, 20 18, UPON MOTION OF ___Petitioner___, REQUESTS A CONTINUANCE FOR THE FOLLOWING REASON(S): We ask for additional time to argue pre-Trial motions in advance of trial.

DEFENDANT REQUESTS:  ☒ NON-JURY TRIAL   ☐ JURY TRIAL   ☐ OTHER _____

CONSENTS:
_____
ATTORNEY FOR COMMONWEALTH

_____
DEFENDANT

_____
CO-DEFENDANT

_____
CO-DEFENDANT

_____
ATTORNEY FOR THE DEFENDANT

_____
ATTORNEY FOR THE CO-DEFENDANT

_____
ATTORNEY FOR THE CO-DEFENDANT

☒ MOTION GRANTED   THIS CASE SHALL BE TRIED ON: 10/15 motions 10am  20__
☐ MOTION DENIED    REASON: 11/7/18 trial
☐ COMMONWEALTH  ☒ DEFENSE IS RESPONSIBLE FOR THIS PERIOD OF DELAY
THIS PERIOD OF DELAY WILL BE  ☐ INCLUDED  ☐ EXCLUDED  FOR RULE 600 CALCULATIONS

By the Court
RECALCULATED FINAL TRIAL DATE: _____ 20____   _____ JUDGE

DEFENSE AND COMMONWEALTH COUNSEL CERTIFY THAT HE/SHE WILL NOTIFY ALL INTERESTED PARTIES AND WITNESSES OF THIS CONTINUANCE.

Respondents' Exhibit 11