**INDEX TO RESPONDENTS' EXHIBITS**

| Exhibit | Document Description | Page Number |
|---|---|---|
| Respondents' Exhibit 1 | Criminal Information | 001 – 006 |
| Respondents' Exhibit 2 | Docket Sheet | 007 – 020 |
| Respondents' Exhibit 3 | Motion for Continuance – November 14, 2017 | 021 |
| Respondents' Exhibit 4 | Motion for Continuance – February 12, 2018 | 022 |
| Respondents' Exhibit 5 | Motion for Continuance – February 12, 2018 | 023 |
| Respondents' Exhibit 6 | Omnibus Pre-Trial Motions | 024 – 038 |
| Respondents' Exhibit 7 | Motion for Continuance – May 7, 2018 | 039 |
| Respondents' Exhibit 8 | Motion to Amend Criminal Information | 040 – 047 |
| Respondents' Exhibit 9 | Notification of Commonwealth's Intention to Present Evidence of Other Crimes, Wrongs, or Acts Pursuant to Rule 404(B)(2) and Rule 404(B)(4) of the Pennsylvania Rules of Evidence | 048 – 054 |
| Respondents' Exhibit 10 | Commonwealth's Response to Defense Motion | 055 – 065 |
| Respondents' Exhibit 11 | Motion for Continuance – August 17, 2018 | 066 |
| Respondents' Exhibit 12 | Motion for Continuance – January 7, 2019 | 067 |
| Respondents' Exhibit 13 | Omnibus Pre-Trial Motions – Amended | 068 – 085 |
| Respondents' Exhibit 14 | Order | 086 |
| Respondents' Exhibit 15 | Order | 087 – 088 |
| Respondents' Exhibit 16 | Transcript of Proceedings, July 11, 2019 | 089 – 125 |
| Respondents' Exhibit 17 | Order | 126 |
| Respondents' Exhibit 18 | Defense Brief in Support of Omnibus Pre-Trial Motions | 127 – 170 |
| Respondents' Exhibit 19 | Order | 171 – 173 |

| | | |
|---|---|---|
| Respondents' Exhibit 20 | Motion to Reconsider Defense's Motion to Suppress | 174 – 180 |
| Respondents' Exhibit 21 | Motion to Withdraw as Counsel of Record | 181 – 184 |
| Respondents' Exhibit 22 | Order | 185 |
| Respondents' Exhibit 23 | *Pro se* Motion to Compel the Court Pursuant to Cease and Desist | 186 – 212 |
| Respondents' Exhibit 24 | *Pro se* Ineffective Assistance of Counsel | 213 – 229 |
| Respondents' Exhibit 25 | Motion to Withdraw as Counsel | 230 – 233 |
| Respondents' Exhibit 26 | Order | 234 |
| Respondents' Exhibit 27 | Motion for Continuance – February 10, 2020 | 235 |
| Respondents' Exhibit 28 | Motion for Continuance – June 16, 2020 | 236 |
| Respondents' Exhibit 29 | Motion for Continuance – September 29, 2020 | 237 |
| Respondents' Exhibit 30 | Motion for Leave to Withdraw Representation Pursuant to *Commonwealth v. Grazier* | 238 – 282 |
| Respondents' Exhibit 31 | Motion for Continuance – December 1, 2020 | 283 |
| Respondents' Exhibit 32 | Motion to Withdraw the Motion for Leave to Withdraw Representation Pursuant to *Commonwealth v. Grazier* and Motion for Permission to File a Supplemental Omnibus Pretrial Motion or in the Alternative a Motion Requesting to Grant the Motion to Reconsider | 284 – 294 |
| Respondents' Exhibit 33 | Motion for Extension of Time to File Supplemental Pre-Trial Motions | 295 – 301 |
| Respondents' Exhibit 34 | Order | 302 |
| Respondents' Exhibit 35 | Supplemental Pre-Trial Motions | 303 – 317 |
| Respondents' Exhibit 36 | *Pro se* Motion for Special Relief | 318 – 337 |
| Respondents' Exhibit 37 | Motion Pursuant to Rule 600 | 338 – 347 |
| Respondents' Exhibit 38 | Order | 348 |
| Respondents' Exhibit 39 | Pretrial Motions Transcript – May 2, 2022 | 349 – 356 |

| | | |
|---|---|---|
| Respondents' Exhibit 40 | Motion for Continuance – May 2, 2022 | 357 |
| Respondents' Exhibit 41 | Motion for Continuance – July 19, 2022 | 358 |
| Respondents' Exhibit 42 | Criminal Complaint and Affidavit of Probable Cause | 359 – 366 |
| Respondents' Exhibit 43 | March 16, 2020 COVID Order | 367 – 376 |
| Respondents' Exhibit 44 | Cessation of Statewide Judicial Emergency After June 1, 2020 | 377 – 381 |
| Respondents' Exhibit 45 | September 15, 2020 COVID Order | 382 – 385 |